UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JENNIFER MCFADDEN,

    Plaintiff,

v.

DECA FINANCIAL
SERVICES, LLC

    Defendant.

**PLAINTIFF'S VERIFIED COMPLAINT**

JENNIFER MCFADDEN ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against DECA FINANCIAL SERVICES, LLC ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of Georgia, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Warner Robbins, Houston County, Georgia.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3) and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Fishers, Hamilton County, Indiana.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiff in an attempt to collect an alleged debt owed for a hospital bill.

12. Plaintiff's alleged debt arises from transactions for personal, household, and/or family purposes.

13. In its attempts to collect a debt from Plaintiff, Defendant places multiple collection calls to Plaintiff on a daily basis, including three (3) collection calls on or around January 22, 2014.

14. On or around January 22, 2014, Defendant placed three (3) consecutive calls to Plaintiff wherein Defendant hung up as soon as Plaintiff answered the call.

15. In the course of a telephone conversation on or around January 22, 2014, Defendant demanded that Plaintiff divulge her work telephone number. Plaintiff responded that she could not provide her work phone number, as she was not allowed to receive personal calls at work.

16. Despite being informed that Plaintiff was not allowed to receive personal calls at work, Defendant placed a collection call to Plaintiff's place of employment on or around January 22, 2014.

17. In the course of a collection call on or around January 22, 2014, Defendant threatened to "take a step further" if Plaintiff did not pay the alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a) Defendant violated §1692c(a)(3) of the FDCPA by placing a collection call to Plaintiff's place of employment despite knowing or having reason to know that Plaintiff's employer prohibited such calls;

    b) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy, harass and oppress Plaintiff;

WHEREFORE, Plaintiff, JENNIFER MCFADDEN, respectfully requests judgment be entered against Defendant, DECA FINANCIAL SERVICES, LLC for the following:

19. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

21. Any other relief that this Honorable Court deems appropriate.

                              RESPECTFULLY SUBMITTED,

DATED:  March 4, 2014

                          By: <u>/s/ Shireen Hormozdi</u>
                          Shireen Hormozdi
                          Georgia Bar No. 366987
                          Krohn & Moss, Ltd
                          10474 Santa Monica Blvd. Suite 405
                          Los Angeles, CA 90025
                          Tel: (323) 988-2400 x 267
                          Fax: (866) 861-1390
                          Email: shormozdi@consumerlawcenter.com